**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY29 LIQUORS, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>BEST AIRCRAFT DEALS, LLC,<br><br>　　　Defendant | Case No.: 2:24-cv-00857-APG-MDC<br><br>**Order Deeming Order to Show Cause Satisfied** |

　　　In light of defendant Best Aircraft Deals, LLC's response to the order to show cause (ECF No. 13),

　　　I ORDER that the order to show cause (ECF No. 7) is satisfied, and I will not remand this action to the state court for lack of subject matter jurisdiction at this time.

　　　DATED this 20th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE