UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lucky29 Liquors, LLC,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Best Aircraft Deals, LLC.,<br><br>　　　　　Defendant(s). | **2:24-cv-00857-APG-MDC**<br><br>**ORDER GRANTING MOTION** |

**IT IS ORDERED** that the *Motion for Substitution* (ECF No. 34) is **GRANTED**. Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, PLLC is to be substituted by Charlie Luh, Esq. of the law firm of Luh and Associates as counsel of record for defendant/counterclaimant **Best Aircraft Deals, LLC.** Michael C. Mills, Esq. is to be removed as counsel of record and from CM/ECF service in this matter.

DATED this 8th day of January 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge