Dustun H. Holmes, Esq., Bar No. 12776
DHH@mcmenemyholmes.com
Ian M. McMenemy, Esq., Bar No. 13190
IAN@mcmenemyholmes.com
**McMenemy | Holmes PLLC**
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
Telephone:  702.874.4878
Facsimile:   702.874.4969

*Attorneys for Lucky29 Liquors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY29 LIQUORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BEST AIRCRAFT DEALS, LLC,<br><br>Defendant.<br><br>AND ALL RELATED COUNTERCLAIMS | Case No.: 2:24-cv-00857-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff / Counterdefendant Lucky29 Liquors, LLC ("Plaintiff") and Defendant / Counter-Claimant Best Aircraft Deals, LLC ("Defendant" together with Plaintiff, the "Parties" and, individually, a "Party"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, to the following:

1. On June 25, 2025, Defendant filed a Motion for Summary Judgment (ECF No. 41).

2. Pursuant to LR 7-2, the deadline for Plaintiff to file an opposition / response to the Motion for Summary Judgment is July 16, 2025 and the deadline for Defendant's reply in support of the Motion for Summary Judgment is July 30, 2025.

3. On June 25, 2025, Defendant filed Request for Judicial Notice (ECF No. 42).

1

4.      Assuming the deadline for Plaintiff to file an opposition / response to Defendant's Request for Judicial Notice is 14 days from filing and service, the current deadline for Plaintiff to file an opposition / response to the Request for Judicial Notice is July 9, 2025 and the deadline for Defendant's reply in support of the Request for Judicial Notice is July 16, 2025.

5.      For efficiency in briefing, the Parties believe extending the deadline for Plaintiff's opposition / response to the Request for Judicial Notice and the deadline for Defendant's reply in support of the Request for Judicial Notice to coincide with the deadlines for the opposition / response and reply in support of the pending motion for summary judgment is in the best interest of the Parties and the Court.

6.      Accordingly, the Parties hereby stipulate to extend the time for Plaintiff to file an opposition / response to the Request for Judicial Notice (ECF No. 42) to **July 16, 2025**, and extend the time for Defendant to file a reply in support of the Request for Judicial Notice (ECF No. 42) to **July 30, 2025**.

7.      This extension is requested in good faith and not for the purpose of delay.

DATED this 9th day of July, 2025.                    DATED this 9th day of July, 2025.

By: ___/s/ Dustun H. Holmes___                       By: ___/s/ D. Jason Ferris___
Dustun H. Holmes, Bar #12776                         Charlie H. Luh, Esq., Bar #6726
MCMENEMY | HOLMES PLLC                               D. Jason Ferris, Esq., Bar #7698
1645 Village Center Circle, Suite 291                LUH & ASSOCIATES
Las Vegas, Nevada 89134                              8987 W. Flamingo Road, Suite 100
                                                     Las Vegas, Nevada 89147
*Attorneys for Lucky29 Liquors, LLC*
                                                     *Attorneys for Best Aircraft Deals, LLC*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 7/11/2025