CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada  89147
(702) 367-8899
(702) 384-8899 (FAX)
Attorneys for Defendant/Counter-Claimant
BEST AIRCRAFT DEALS, LLC

## UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LUCKY29 LIQUORS, LLC, a Colorado limited liability company<br><br>       Plaintiff,<br><br>  vs.<br><br>BEST AIRCRAFT DEALS, LLC, a Utah limited liability company; DOE Individuals I through X, and ROE Corporations and Organizations I through V, inclusive,<br><br>       Defendants. | CASE NO.  2:24-CV-00857-APG-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT BEST AIRCRAFT DEALS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

Pursuant to Local Rules IA 6-1 and LR IA 6-2, Plaintiff / Counterdefendant Lucky29 Liquors, LLC ("Plaintiff") and Defendant / Counter-Claimant Best Aircraft Deals, LLC ("Defendant" together with Plaintiff, the "Parties" and, individually, a "Party"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, to the following:

1.     On June 25, 2025, Defendant filed a Motion for Summary Judgment. ECF No. 41.

2.     On July 16, 2025, Plaintiff filed an Opposition to Defendant's Motion for Summary Judgment. ECF No. 45.

3.       On July 30, 2025, Defendant filed a Reply in Support. ECF 48.

4.       On February 23, 2026, the Court issued an order setting a hearing on Defendant's Motion for Summary Judgment for March 11, 2026 at 10:30 a.m., in Courtroom 6C.

5.       On February 24, 2026, the Parties filed a Stipulation and Order to continue the hearing on the hearing on the Motion for Summary Judgement as Plaintiff counsel was scheduled to be in trial for the period of March 9, 2026 through March 11, 2026.  ECF 50.

6.       The Court entered a Minute Order on February 25, 2026, rescheduling the hearing on the Motion for Summary Judgement to December 12, 2026 at 9:00 am. ECF 51.

7.       Defendant's counsel now has a calendar conflict at the time of the rescheduled hearings.  Defendant's counsel is required to attend a hearing in the Superior Court of California, County of Butte, Case No. 24CV02709 and shortly thereafter a telephonic Special Master Hearing in a contested matter in the Superior Court of California, County of Los Angeles, Case No. 23STCV26226. This is an unavoidable scheduling conflict.

8.       Defendant's counsel has also received grave news of about a family member and is currently preparing to travel out of state for an unknown period of time.

9.       Due to Defendant's counsel scheduling conflicts, counsel for the parties have met and conferred on alternative proposed dates for the hearing, subject to the Court's availability and approval.

10.      For the above reasons, and for good cause shown, the Parties request, subject to the Court's availability and approval, that the hearing on Defendant's Motion for Summary Judgment be rescheduled to one of the following dates: April 1, 2026, April 6, 2026, April 10, 2026, April 13, 2026, or April 14, 2026.

11.      Mr. Ferris, counsel for Defendant, also requests that he be permitted to appear for the hearing via remotely by ZOOM or other video conferencing platform if permitted by the Court. This request is predicated on the fact that Mr. Ferris will be required to travel out of state to deal with a family issue and is unsure of his return date to Las Vegas.  Thus, the Parties request subject to

approval by the Court that Mr. Ferris be permitted to attend the continued hearing via remotely by ZOOM or other video conference platform.

12.    This stipulation is being entered into in good faith and not for the purpose of delay.

DATED this 11th day of March, 2026.            DATED this 11th day of March, 2026.


By:    /s/ Dustun H. Holmes_____        By: _____
       Dustun H. Holmes, Bar #12776                Charlie H. Luh, Esq., Bar #6726
       MCMENEMY | HOLMES PLLC                      D. Jason Ferris, Esq., Bar #7698
       1645 Village Center Circle, Suite 291       LUH & ASSOCIATES
       Las Vegas, Nevada 89134                     8987 W. Flamingo Road, Suite 100
                                                   Las Vegas, Nevada 89147
*Attorneys for Lucky29 Liquors, LLC*
                                                   *Attorneys for Best Aircraft Deals, LLC*


ORDERED

IT IS ORDERED: the hearing on defendant Best Aircraft Deals, LLC's motion for summary judgment (ECF No. 41) is VACATED and CONTINUED to March 30, 2026, at 10:00 a.m. in LV Courtroom 6C before Chief Judge Andrew P. Gordon.

IT IS FURTHER ORDERED that Mr. Ferris is permitted to attend the heaing via Zoom.



IT IS SO ORDERED:

Dated:___March 11, 2026_____


_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-3-