Dustun H. Holmes, Esq., Bar No. 12776
DHH@mcmenemyholmes.com
Ian M. McMenemy, Esq., Bar No. 13190
IAN@mcmenemyholmes.com
**MCMENEMY | HOLMES PLLC**
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
Telephone:  702.874.4878
Facsimile:  702.874.4969

*Attorneys for Lucky29 Liquors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCKY29 LIQUORS, LLC, | Case No.: 2:24-cv-00857-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE THE JOINT PRETRIAL ORDER** |
| BEST AIRCRAFT DEALS, LLC, | |
| Defendant. | **[FIRST REQUEST]** |
| AND ALL RELATED COUNTERCLAIMS | |

Pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff / Counterdefendant Lucky29 Liquors, LLC ("Plaintiff") and Defendant / Counter-Claimant Best Aircraft Deals, LLC ("Defendant" together with Plaintiff, the "Parties" and, individually, a "Party"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, to the following:

1. On March 30, 2026, the Court heard and denied Defendant's Motion for Summary and set a deadline for the parties to file a Joint Pretrial Order within 30 days or by April 29, 206. *See* ECF No. 54.

2. As discussed in the concurrently filed Motion to Withdraw as Counsel for Plaintiff, Counsel for Plaintiff has advised Defendant's counsel of his intent to withdraw as counsel for Plaintiff in this matter.

1

3.    To facilitate Plaintiff's counsel's withdrawal and permit Plaintiff time to retain any new counsel, the Parties have stipulated and agreed to extend the deadline to file the Joint Pretrial Order by sixty (60) days from April 29, 2026 to June 29, 2026.

4.    This extension is requested in good faith and not for the purpose of delay.

DATED this 16th day of April, 2026.          DATED this 16th day of April, 2026.


By:    /s/ Dustun H. Holmes                    By:    /s/
  Dustun H. Holmes, Bar #12776          Charlie H. Luh, Esq., Bar #6726
  MCMENEMY | HOLMES PLLC                D. Jason Ferris, Esq., Bar #7698
  1645 Village Center Circle, Suite 291  LUH & ASSOCIATES
  Las Vegas, Nevada 89134              8987 W. Flamingo Road, Suite 100
             Las Vegas, Nevada 89147

*Attorneys for Lucky29 Liquors, LLC*

          *Attorneys for Best Aircraft Deals, LLC*


**IT IS SO ORDERED:**


_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


DATED:  April 17, 2026